# CRIMINAL APPEALS
## CERTIFICATE OF NOTICE OF APPEAL TO THE FOURTH COURT OF APPEALS

TRIAL COURT NO. 2013CR9521     **ORIGINAL**

THE STATE OF TEXAS

VS

ALFRED F VALENZUELA

IN THE 144TH DISTRICT COURT
FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/11/2015 4:33:37 PM BEXAR COUNTY, TEXAS
KEITH E. HOTTLE
Clerk

1. Defendant filed motion for new trial: _X_ no __ yes, date filed: _____

2. Notice of appeal was filed on _06-09-2015_

3. The Honorable _LORINA RUMMEL_ presided at the trial.

4. The above named defendant was _convicted_ of the offense(s) of _ASSAULT-FAMILY-2ND OFFENSE_

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/11/2015 4:33:37 PM
KEITH E. HOTTLE
Clerk

as a (Repeater)XXXXXXXXX

5. State's appeal attorney: NICHOLAS LAHOOD _____ 300 Dolorosa, Suite 4025, Bexar County Justice Center, San Antonio, Texas, 78205 (210)335-2413    SBN: _24030360_

6. Trial _____ Attorney(s): _JOEL PEREZ_

   (Retained/Appointed) Appeals attorney: MICHAEL L YOUNG
Address & Phone No: 101 W NUEVA 370 PAUL ELIZONDO TOWER SAN ANTONIO, TX, 78205-3406 (210)335-0711    SBN: 794895

   Defendant Pro-Se __ Yes _X_ No

7. The trial held was: ___Trial before the Court    ___Jury trial on guilt only
   ___Jury trial on punishment only    ___Jury trial guilt and punishment
   _X_ Plea of guilt / nolo contendere to court - negotiated plea agreement followed by court
   ___Pretrial motion heard prior to plea    ___Open/non negotiated plea of guilty/nolo contendere
   ___Motion to enter adjudication of guilt    ___Motion to revoke community supervision
   ___Other_____

8. The sentence was (imposed ) on:03-31-2015 for a period of:yrs:005 mths:00
and a fine of $ _____ 1,500.00

9. Defendant is presently in:___ BCADC _X_ TDCJID. Defendant is on _** RWOB **_ appeal bond.

10. Name and Address of Court Reporter(s) who reported the evidence: KAY GITTTINGER
300 DELOROSA
SAN ANTONIO, TEXAS 78205

11. If two or more cases were tried together the other cases that have been or may be appealed are:(Defendant's na & cause number) _____

WITNESS MY HAND THIS THE _11th_ DAY OF _June_ , 2015

COURT REPORTER(S): _Kay Gittinger_ Date: _June 11, 2015_
   Date: _____
KEITH E. HOTTLE, CLERK

BY:_____ Date:_____
   Deputy

DONNA KAY MCKINNEY
BEXAR COUNTY DISTRICT CLERK
BY:_____
LEZA, GUADALUPE     ,DEPUTY
(jsdca)

Cause NO. 2013 CR 9521

| | | |
|---|---|---|
| THE STATE OF TEXAS | | IN THE DISTRICT COURT |
| VS. | | 144 JUDICIAL DISTRICT |
| Alfred Valenzuela | | BEXAR COUNTY, TEXAS |

## NOTICE OF APPEAL FROM NEGOTIATED PLEA

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Alfred Valenzuela, Defendant in the above styled and numbered cause, and within thirty (30) days of sentence having been pronounced against him in court, and files this his Notice of Appeal from Negotiated Plea pursuant to the Texas Rules of Appellate Procedure, Rule 25.2 (b)(3), and Article 1.15 of the Texas Code of Criminal Procedure, and who would state the following:

1. There was a trial in this cause

   ( ) yes         ( ) no

   and the trial was a

   ( ) jury trial         ( ) non-jury trial

2. The trial commenced on the _____ day of _____ and ended on the _____ day of _____, _____.

3. There was a plea bargain agreement in this cause

   ( ) yes         ( ) no

4. The plea bargain agreement was followed by the Court

   ( ) yes         ( ) no

5. Defendant was sentenced on the _____ day of _____, _____, and sentence commenced on the on the _____ day of _____, _____,

6. A motion for New Trial was filed in this cause

   ( ) yes         ( ) no

Also pursuant to Rule 25.2 (b)(3) (A), (B) and (C), the following indicated items apply as a basis for Defendant's notice of appeal:

_____ (A) the appeal is for a jurisdictional defect (explanation attached hereto);

_____ (B) the substance of the appeal was raised by written motion and ruled on before trial (motion and ruling attached hereto);

___✓___ (C) permission to appeal

    ( ) has been granted by trial court     ( ) has been denied by trial court

Respectfully submitted,

_Alfred Valenzuela_
Defendant

FILED 2015 JUN -9 A 9:17 DONNA KAY McKINNEY DISTRICT CLERK BEXAR COUNTY BY _____ DEPUTY

# UNSWORN DECLARATION BY INMATE

I, _Alfred Valenzuela_, SID _692431_

Being presently incarcerated in the Bexar County Adult Detention Center, San Antonio, Texas declare under Penalty of Perjury that the foregoing instrument is true and correct.

Signed on this the _22_ day of _April_, _15_.

_[signature]_
Defendant

No. _2013 CR 9521_

STATE OF TEXAS                     IN THE DISTRICT COURT

v.                                 _144th_ JUDICIAL DISTRICT

_Alfred Valenzuela_                BEXAR COUNTY, TEXAS

## ORDER APPOINTING APPELLATE COUNSEL

The Court, in accordance with Article 26.04(f) or 26.052, Code of Criminal Procedure,

hereby appoints **MICHAEL YOUNG**, Chief Public Defender (SBN 00794895), to

represent _Alfred Valenzuela_ , an indigent defendant, in the above-styled and

numbered cause.

Such representation shall continue until the appeal in this cause is exhausted or until

relieved by the court or replaced by other counsel.

The Clerk of the Court shall notify the Bexar County Public Defender's Office via fax, at

(210) 335-0707, or by hand delivery of the Order to the designated box at the Fourth Court of

Appeals of Texas.

SIGNED ___6/11_____ , 2015.

_____
JUDGE PRESIDING

**REMINDER: Please contact the Bexar County Public Defender's Office at 335-0701 or vmcdonald@bexar.org before making this appointment to verify that the office is presently accepting new appellate cases.**

Updated 4/20/2015

No. 2013CR9521

The State of Texas

vs.

Alfredo Valenzuela Jr.

In the 144th District Court

of

Bexar County, Texas

§
§
§
§
§

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal; (or)

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal; (or)

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal; (or)

☑ is a plea-bargain case, and the defendant has NO right of appeal; (or)

☐ is a revocation of the defendant's community supervision, and the defendant has the right to appeal the court's action revoking the community supervision, but not the underlying conviction; (or)

☐ is an adjudication of guilt following a deferred adjudication, and the defendant has a limited right of appeal; (or)

☐ is a decision on the defendant's motion for forensic DNA testing and the defendant has the right of appeal; (or)

☐ is one in which the defendant has waived the right of appeal.

_____
JUDGE

Date Signed 3/31/15

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2.

_____
DEFENDANT

Mailing address:_____

Telephone number:_____

Fax number if any:_____

I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currenty living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
ATTORNEY FOR DEFENDANT

Bar number:___15776625_____

Mailing address:_____

Telephone:_____

Fax:_____

*"A defendant in a criminal case has the right of appeal under Code of Criminal Procedure Article 44.02 and these rules. This trial court shall enter a certification of the defendant's right of appeal each time it enters a judgement of guilt or other appealable order. In a plea bargain case - that is, a case in which a defendant's plea was guilty or nolo contedere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF OF APPELLATE PROCEDURE 25.2(a)(2).